# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RUSSELL CLEO CONSTABLE, | ) | 1:08cv0697 LJO DLB |
| | ) | |
| | ) | |
| | ) | ORDER ADOPTING FINDINGS |
| Plaintiff, | ) | AND RECOMMENDATION |
| | ) | |
| v. | ) | (Document 7) |
| | ) | |
| KEN HARA, et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiff, appearing pro se and proceeding in forma pauperis, filed the instant action on May 19, 2008.

On July 21, 2008, the Magistrate Judge issued Findings and Recommendation that the action be DISMISSED WITHOUT LEAVE TO AMEND. The Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days. Plaintiff has not filed objections.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(c), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the Findings and Recommendation is supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations dated July 21, 2008, are ADOPTED IN FULL; and

1

1    2.	The action is DISMISSED.

2    This terminates this action in its entirety.  The clerk is directed to close this action.

3    IT IS SO ORDERED.

4    **Dated:    August 25, 2008**               **/s/ Lawrence J. O'Neill**
                                             UNITED STATES DISTRICT JUDGE